IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERTO MIRANDA-SCHMIDT,<br>Defendant. | Criminal No. 22-334 (PAD) |

## MOTION TO UNSEAL

The United States of America, through its undersigned counsel, respectfully states as follows:

1. On July 27, 2022, the United States filed a motion to seal the instant case. *See* ECF No. 1. However, the United States is respectfully informing the Court that it is no longer necessary that the case remain sealed because the defendant has been arrested.

WHEREFORE, the United States respectfully requests the Court to unseal the instant case.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 8th day of August 2022.

> W. Stephen Muldrow
> United States Attorney
>
> *s/Linet Suárez*
> Linet Suárez
> Assistant United States Attorney
> USDC-PR No. G03015
> United States Attorney's Office
> 350 Carlos Chardón Street
> San Juan, Puerto Rico 00918
> Linet.Suarez2@usdoj.gov
> Tel: (787) 282-1843

2

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on the date above, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                        *s/Linet Suárez*
                                        Linet Suárez
                                        Assistant United States Attorney