IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>*Plaintiff*<br><br>**v.**<br><br>**[1] ROBERTO MIRANDA-SCHMIDT**<br>*Defendant* | **CRIMINAL NO. 22-334 (PAD)** |

# NOTICE OF APPEARANCE

**TO THE HONORABLE COURT:**

**COMES NOW** defendant **ROBERTO MIRANDA-SCHMIDT [1]**, through the undersigned counsel, and very respectfully STATES, ALEGES, and PRAYS:

1. Please enter my appearance as Roberto Miranda-Schmidt's *co-counsel of record* along with Attorney Jason González-Delgado.

2. I hereby certify that I am an attorney admitted before this Court and in good standing.

**WHEREFORE**, it is respectfully requested that this Honorable Court **takes notice of the above and enters my appearance as counsel of record for Roberto Miranda-Schmidt.**

**I HEREBY CERTIFY** that on this date, this motion was filed using the CM/ECF system, which will send notification of such filing to all counsel of record.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, on August 9, 2022.

        **S/** *Gabriela José Cintrón Colón*
        **GABRIELA JOSÉ CINTRÓN-COLÓN**
        USDC-PR NO. 306614
        255 Ponce de León Ave.
        MCS Plaza, Ste. 1210
        San Juan, PR 00917
        787-448-2113
        gabrielacintronc@gmail.com